UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RAMON JAQUEZ, *on behalf of himself and all others similarly situated*,

                              Plaintiff,

-against-

SUNRISE GLOBAL LOGISTICS, INC.,

                              Defendants.
------------------------------------------------------------X

21 Civ. 1949 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pre-trial conference in this matter is scheduled for April 29, 2021, at 11:00 a.m.

WHEREAS, pursuant to the Individual Rules, the parties were required to file a joint letter and proposed case management plan by April 22, 2021.

WHEREAS, the parties did not their joint letter and proposed case management plan. Accordingly, it is hereby

**ORDERED** that, if Plaintiff is in communication with Defendant, the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **noon on April 26, 2021**. If Defendant refuses to cooperate in the preparation of these documents, Plaintiff shall prepare and file them. If Plaintiff is not in communication with Defendant, as soon as possible and no later than **noon on April 26, 2021**, Plaintiff shall file a letter (i) summarizing his efforts to contact Defendant and (ii) requesting adjournment of the initial pretrial conference.

Dated: April 23, 2021
      New York, New York

                                                  LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE